UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Edison Automotive, Inc.,

    Plaintiff,

    v.

Zurich American Insurance Company of Illinois,

    Defendant.

Case No. 2:24-cv-1362

Judge Michael H. Watson

Magistrate Judge Kimberly A. Jolson

## OPINION AND ORDER

The parties jointly move to stay the case while they attempt to resolve the matter. Joint Mot., ECF No. 16. For good cause shown, the motion is **GRANTED**. The parties shall submit a joint status report by **September 17, 2024**, updating the Court on their progress.

The Clerk shall terminate ECF No. 16, and stay the case.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**