# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| EDISON AUTOMOTIVE, INC., <br> Plaintiff, | ) CASE NO: 2:24-CV-1362 <br> ) <br> ) JUDGE MICHAEL H. WATSON |
| vs. | ) MAGISTRATE JUDGE KIMBERLY A. JOLSON |
| ZURICH AMERICAN INSURANCE COMPANY OF ILLINOIS, <br> Defendant. | ) <br> ) **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties stipulate to the dismissal of Plaintiff's claims, with prejudice, each party to bear their own fees and costs.

Respectfully submitted,

*/s/ Stacy RC Berliner (per 11/18/24 consent)*
Stacy RC Berliner (0076683)
Sarah M. Sears (101340)
Michael J. Class (0100010)
SHUMAKER, LOOP & KENDRICK
121 South Main St., Suite 575
Akron, OH 44308
(330) 572-7320 * Fax: (330) 572-7321
sberliner@shumaker.com
mclass@shumaker.com
ssears@shumaker.com
*Attorneys for Plaintiff*

*/s/ Crystal L. Maluchnik*
Steven G. Janik (0021934)
Crystal L. Maluchnik (0077875)
JANIK L.L.P.
9200 South Hills Blvd., Suite 145
[P.O. Box 470550, Cleveland, Ohio 44147]
Cleveland, Ohio 44147
(440) 838-7600 * Fax: (440) 838-7601
steven.janik@janiklaw.com
crystal.maluchnik@janiklaw.com
*Attorneys for Defendant*

936334